Dismissed and Memorandum Opinion filed June 7, 2007








Dismissed
and Memorandum Opinion filed June 7, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00424-CV

____________

 

VANDERBILT MORTGAGE AND FINANCE,
INC., Appellant

 

V.

 

MODESTO VICENTE and JOHN FURNACE,
Appellees

 



 

On Appeal from the 412th District
Court

Brazoria County,
Texas

Trial Court Cause No. 29486

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 16, 2007.  On June 4, 2007, appellant
filed a motion to withdraw its notice of appeal because appellant no longer
desires to prosecute its appeal.  We construe the motion as a motion to dismiss
the appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 








Judgment rendered and Memorandum Opinion filed June 7,
2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.